[No. 27569-8-III.   Division Three.   November 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. CRAFT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02418-3, Maryann C. Moreno, J., entered May 19, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 27602-3-III.   Division Three.   November 19, 2009.]

DONNA C. JACKSON ET AL., *Appellants*, v. SACRED HEART MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-04725-0, Ellen K. Clark, J., entered November 18, 2008. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 27640-6-III.   Division Three.   November 19, 2009.]

RICHLAND R.V. PARK, LLC, *Appellant*, v. ACH ENGINEERING SERVICES, PS, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-2-01498-1, Robert G. Swisher, J., entered October 3, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 27789-5-III.   Division Three.   November 19, 2009.]

DEIRDRA BRODERSON, *Appellant*, v. THE CITY OF WENATCHEE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 07-2-00010-5, Lesley A. Allan, J., entered January 2, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.